UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATIONERS SUPPLY CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1775 RWS |
| | ) |
| OFFICE SOLUTIONS, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on United Stationers Supply Co.'s (United Stationers) motion for default judgment against Defendant Office Solutions, Inc. (Office Solutions) [#27]. Clerk's entry of default as to Office Solutions was entered on February 25, 2005 [#13]. Office Solutions has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

On July 8, 2005, I ordered Office Solutions to show cause as to why default judgment should not be entered against it. Office Solutions failed to respond to the Order. As a result of the above, I find that an entry of default judgment is appropriate at this time.

Plaintiff has introduced evidence that Office Solutions is indebted to United Stationers in the amount of $711,281.22. Plaintiff has also introduced evidence that Office Solutions is liable for the costs incurred in collecting the debt, including reasonable attorneys' fees. Plaintiff, however, has not produced evidence of how much costs and fees it has incurred collecting the debt. As a result, pursuant to Fed. R. Civ. P. 55(b)(2), I will allow Plaintiff to submit evidence as to the amount of costs and fees it has incurred in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment against Defendant Office Solutions, Inc. [#27] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days from the date of this Memorandum and Order** to present the Court with evidence of the costs and fees incurred in collecting the debt owed by Office Solutions.

Dated this __10th__ day of August, 2005.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE