UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATIONERS SUPPLY CO.,      )
                                   )
            Plaintiff,             )
                                   )
       vs.                         )      Case No. 4:04CV1775 RWS
                                   )
OFFICE SOLUTIONS, INC., et. al.,   )
                                   )
            Defendants.            )

## MEMORANDUM AND ORDER

On September 2, 2005, I administratively closed this case due to the suggestion of

bankruptcy filed by Defendant Schatz. However, Defendant Office Solutions, Inc., is still a party

to this case, and a final judgment has not been entered as to Office Solutions. As a result, my

Order of September 2, 2005, should be vacated, and I will reopen the case so that a final

judgment may be entered against Office Solutions.

I note for the record, however, that I am not reopening the case so that Plaintiff may

further proceed against Defendant Schatz. Although I granted Plaintiff's motion for summary

judgment against Shatz, I did not enter a judgment stating the final disposition of the case as to

Schatz. The Order is not, therefore, a final judgment, and any further proceedings against Schatz

would be violative of the automatic stay required by 11 U.S.C. § 362. E.g., In re Braught, 307

B.R. 399, 402 (Bankr. S.D.N.Y. 2004) ("all judicial functions necessary to make a judgment valid

are stayed by 11 U.S.C. § 362(a)(1)"); In re Capgro Leasing Assocs., 169 B.R. 305, 315 (Bankr.

E.D.N.Y. 1994) ("entry of a judgment will constitute a "ministerial act" where the judicial

function has been completed and the clerk has merely to perform the rote function of entering the

judgment upon the court's docket.").

Accordingly,

**IT IS HEREBY ORDERED** that my Order dated September 2, 2005, [#41] is

**VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court reopen this case, and that

docket entry #37 be listed as a pending motion.


Dated this <u>6th</u> day of September, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE